Form 210A (12/09)

# United States Bankruptcy Court

NORTHERN DISTRICT OF CA

In Re: MARION; MELISSA                    Case No.  0847142

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                      LVNV Funding LLC
---------------------------------------------           ---------------------------------------------
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): 4
should be sent:                                         Amount of Claim: $15,185.74
POB 41067                                               Date Claim Filed: 01/26/2009
Norfolk, VA 23541

Phone: (877)829-8298                                    Phone:
Last Four Digits of Acct # :  1006                      Last Four Digits of Acct #:

Name and Address where transferee payments             Seller Information
Should be sent (if different from above)                SHERMAN ACQUISITION LLC
PO Box 12914                                            PO Box 10587
Norfolk, VA 23541                                       Greenville SC 29603-0587

Phone: (877)829-8298
Last Four Digits of Acct # : 1006

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                    Date: 8/20/2010
    ---------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571