IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE: §
MARION ANTHONY S & MELISSA T § CASE NO. 08-47142
§
§
DEBTOR §
Bank of America, N.A., successor by § CHAPTER 13
merger to BAC Home Loans Servicing, L.P. §
CREDITOR

NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Creditor, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. and respectfully provides notice of a change of on-going mortgage payment as indicated below.

1. New Payment: $ 3729.36 Effective October 01, 2011

    a. Change Reason: Escrow Change

    b. Principal and Interest: $ 3120.12

    c. Escrow: $ 609.24

    d. Total Payment: $ 3729.36

2. Loan Number: xxxxx8095

3. All future payments made on the above account should be made payable to Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. and sent to 7105 Corporate Drive Mail Stop TX2-982-03-03 , Plano, TX 75024-0000.

Dated: August 01, 2011

          Respectfully submitted,
          Brice, Vander Linden & Wernick, P.C.

          /s/ Larry J. Buckley
          Larry J. Buckley
          9441 LBJ Freeway Suite 250
          Dallas, TX 75243
          972-643-6600
          972-643-6698 (Telecopier)
          E-mail:notice@bkcylaw.com
          Authorized Agent for
          Bank of America, N.A., successor by merger to BAC
          Home Loans Servicing, L.P.

## CERTIFICATE OF SERVICE

      I, Larry J. Buckley, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest on August 01, 2011 via the method listed below:

via electronic notification:
Debtor's Attorney
PATRICK L. FORTE
1 Kaiser Plz Ste 480
Oakland, CA 946123686

via pre-paid regular U.S. mail:
Primary Debtor
MARION ANTHONY S & MELISSA T
489 RICHDALE CT
BRENTWOOD, CA 94513

via electronic notification:
Chapter 13 Trustee
MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540


                         /s/ Larry J. Buckley

08-47142


Any questions or objections should be directed to and served on
at the address below:

| | |
|---|---|
| Creditor: | Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. |
| Contact: | Customer Service |
| Address 1: | 2380 Performance Dr. Bldg C Mail Stop: RGV-C-32 |
| Address 2: | |
| City: | Richardson |
| State: | TX |
| Zip: | 75082 |
| Telephone: | 1-800-669-5224 |
| Fax: | 972-498-5932 |
| E-mail: | bankruptcy.administration@bankofamerica.com |