Brian H. Tran, Esq.
CA Bar No. 255577
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 11-00185

Attorneys for Secured Creditor
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In Re,<br>ANTHONY SANTOS MARION AND MELISSA TROCHE MARION, FKA MELISSA ANN TROCHE,<br><br>Debtor(s). | BK No.: 08-47142-WJL<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA3, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of

///

///

///

///

1

1 | Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and
2 | served upon the undersigned at the following address and telephone number.

3 |     Brian H. Tran, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
4 |     1231 E. Dyer Road, Suite 100
    Santa Ana, CA 92705
5 |     PH (714) 481-9100

6 | Dated: 11/29/12      MILES, BAUER, BERGSTROM & WINTERS, LLP

7 |     By: _____
    Brian H. Tran, Esq.
8 |     Attorney for Secured Creditor

(11-00185/ndrfsn.dot/ahp)