

```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480          The following constitutes the order of the court.
3  Oakland, CA 94612               Signed February 24, 2013
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors           _____
                                   William J. Lafferty, III
6                                  U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-47142 WJL |
| **ANTHONY SANTOS MARION and MELISSA TROCHE MARION,** | Chapter 13 |
| Debtors. | **ORDER MODIFYING CHAPTER 13 PLAN** |
| _____/ | |

    The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on January 23, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

    **IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

    The real property located at 489 Richdale Court, Brentwood, CA 94513 will revest in the Chapter 13 Trustee effective upon entry of this Order granting the amended motion. Pursuant to this modification, the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

**Attn: officer or managing agent**
**Bank of America, NA**
**FKA Countrywide Bank**
**100 North Tryon Street**
**Charlotte, NC 28202**

**Attn: Officer or Managing Agent**
**OneWest Bank, FSB**
**As successor to Indymac**
**888 E Walnut Street**
**Pasadena, CA 91101**