PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-47142 WJL |
| **ANTHONY SANTOS MARION and MELISSA TROCHE MARION,** | Chapter 13 |
| **Debtors.** | MOTION TO VALUE SECURITY OF ONEWEST BANK, FSB AS SUCCESSOR TO INDYMAC FEDERAL BANK, FSB |
| _____/ | |

    Debtors Anthony Santos Marion & Melissa Troche Marion ("Debtors") hereby move the court to value the claim of OneWest Bank, FSB as Successor to IndyMac Federal Bank, FSB ("OneWest") secured by a lien against Debtors' property located at 489 Richdale Court, Brentwood, CA 94513 ("the property").

    1. This motion is based on the petition, schedules, and documents on file herein, and the Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed herewith.

2. As stated in the attached Declaration, at the time of filing, Debtors' residence was worth less than the first lien against the property.

3. As stated in the attached Declaration, in February 2013, Debtors' residence was worth less than the first lien against the property.

4. OneWest holds the second lien against the property.

Based on the foregoing, and for the reasons stated in the attached Memorandum of Points and Authorities, Debtors pray that:

1. For purposes of Debtors' chapter 13 plan only, the court value OneWest's lien at zero, hold that OneWest does not have a secured claim, and hold that OneWest's lien may not be enforced, pursuant to 11 U.S.C. §§ 506 and 1327, FRBP 3012, and the United States Bankruptcy Court for Guidelines for Avoiding Liens in Individual Chapter 13 cases and Chapter 13 cases and

2. Upon entry of a discharge in Debtors' chapter 13 case, the lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of order or judgment voiding the lien.

Dated: June 25, 2013         /s/     Anne Y. Shiau
                                     ANNE Y. SHIAU
                                     Attorney for Debtors