```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-47142 WJL |
| **ANTHONY SANTOS MARION and MELISSA TROCHE MARION,** | Chapter 13 |
| **Debtors.** | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |
| _____/ | |

I, Melissa Troche Marion, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on December 2, 2008, I was the owner of the real property located at 489 Richdale Court, Brentwood, CA 94513 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $355,000.00.

    5. I am informed and believe that near February 2013 my property was worth approximately $302,000.00.

6. The property is encumbered by a First Deed of Trust which was recorded in Contra Costa County on or about February 28, 2006, as document 2006-0061953-00 in favor of NL, Inc., as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit A and made a part hereof.

7. The First Deed of Trust was assigned to The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-0A3, Mortgage Pass-Through Certificates, Series 2006-0A3 ("Bank of New York Mellon"), as recorded in Contra Costa County on or about May 16, 2011 as document number 2011-0097751-00, as evidenced by the recorded Corporation Assignment of Deed of Trust/Mortgage, a copy of which is attached as Exhibit B and made a part hereof.

8. I am informed and believed that near the time of filing, I owed approximately $591,071.87 to Countrywide as servicer for NL, Inc., the first position creditor, as evidenced by my December 2008 mortgage statement issued by Countrywide, a copy of which is attached as Exhibit C and made a part hereof.

9. I owed approximately $678,920.01 near February 2013 to Bank of America, N.A. as servicer for the Bank of New York Mellon, as evidenced by my February 2013 mortgage statement issued by Bank of America, N.A., a copy of which is attached as Exhibit D and made a part hereof.

10. According to document number 2006-0341925-00 which was recorded in Contra Costa County on or about October 25, 2006, NL, Inc. is the beneficiary of a Second Deed of Trust against the property, as

evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit E and made a part hereof.

11. The Second Deed of Trust was assigned to IndyMac Bank, F.S.B. ("IndyMac") as recorded in Contra Costa County on or about October 25, 2006, as document number 2006-0341926-00, as evidenced by the recorded California Assignment of Deed of Trust, a copy of which is attached as Exhibit F and made a part hereof. OneWest is the successor to IndyMac.

12. Near the time of filing, I am informed and believe that I owed approximately $88,951.01 to IndyMac, the second position creditor, as evidenced by the first page of its proof of claim filed on January 5, 2009, a copy of which is attached as Exhibit G and made a part hereof. I have not made a payment for my second mortgage since the filing of the above case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 24, 2013 /s/ Melissa Troche Marion
Melissa Troche Marion